In the Matter of the Claim of STEVE NAGY, Respondent, against ADWOL Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that during disability claimant received his full wages. (*Matter of Rasmussen* v. *Park G. & M. Shop, Inc.*, 223 App. Div. 591; *Matter of Sullivan* v. *Seely Son, Inc.*, 226 id. 629; *Matter of Griffin* v. *Cruikshank Co., Inc.*, 227 id. 831.) All concur.

In the Matter of the Claim of SAMUEL RETINOWITZ, Respondent, against PAUL F. REILLY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of WITOLD SOKOLOWSKI, Respondent, against BANK OF AMERICA and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed on the ground that it is too late to reclassify under subdivision 6-a of section 15 of the Workmen's Compensation Law, more than three years having expired since the date of the accident. (*Matter of Schaefer* v. *Buffalo Steel Car Co.*, 250 N. Y. 507: *Matter of Vincent* v. *Allerton House Co.*, 256 id. 522.) All concur.

In the Matter of the Application of NEW YORK STATE ELECTRIC AND GAS CORPORATION, Appellant, for a Certiorari Order against MILO R. MALTBIE and Others, as Public Service Commissioners of the State of New York and as and Constituting the Public Service Commission of the State of New York, etc., Respondents.— Order denying petitioner's application for a certiorari order affirmed, with ten dollars costs and disbursements. All concur, except Whitmyer and Hill, JJ., who dissent and vote to reverse.

In the Matter of the Application of IROQUOIS GAS CORPORATION, Appellant, for a Prohibition Order Directed to the PUBLIC SERVICE COMMISSION, THE CITY OF BUFFALO, Intervenor, Respondents, to Restrain Further Proceedings by Said Commission under Its Order of May 12, 1931, etc.— Order affirmed, with ten dollars costs and disbursements. All concur; Hill, J., upon the ground that while the delay seems unjustified no injury to the appellant is shown.

JOHN W. SEATON, Appellant, v. THE COUNTRY CLUB OF TROY, N. Y., INC., Respondent.— Judgment affirmed, with costs. All concur, except Hill, J., who dissents and votes for reversal of the judgment and for a new trial.

MORRIS KUPFERSCHMIDT, Appellant, v. FIRST NATIONAL BANK OF WOODRIDGE (a Banking Corporation), Respondent.— Judgment dismissing complaint reversed on the law and facts, with costs. Judgment ordered in favor of the plaintiff for $1,839.10, with interest thereon from April 6, 1920, with costs. The court reverses findings of fact contained in the decision which is in the form of defendant's findings of fact and conclusions of law, numbered 11, 12, 13, 14, and such findings of fact as are contained in conclusions of law numbered 1, 2, 3, 4, 5; and the findings of the jury are adopted; and findings 8 and 9, contained in plaintiff's requested findings, are made; and the court finds as a conclusion of law that the plaintiff is entitled to recover. All concur, except Hinman, J., who dissents.